**DISMISSED and Opinion Filed November 4, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00924-CR**

**EX PARTE JACOB LANE THOMAS**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. W-006-80401-2022-HC-1**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Nowell, and Smith
Opinion by Justice Nowell

Jacob Lane Thomas has filed a motion to dismiss his appeal challenging the

trial court's order denying his pretrial application for writ of habeas corpus seeking

release on bail. The motion to dismiss is signed by counsel and appellant. *See* TEX.

R. APP. P. 42.2(a). We **GRANT** the motion and **DISMISS** the appeal. *See id.* 43.2(f).

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE

2200924f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

EX PARTE JACOB LANE
THOMAS

No. 05-22-00924-CR

On Appeal from the County Court at
Law No. 6, Collin County, Texas
Trial Court Cause No. W-006-80401-
2022-HC-1.
Opinion delivered by Justice Nowell.
Chief Justice Burns and Justice Smith
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 4th day of November, 2022.